# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 16, 2017

### NO. 03-16-00809-CV

**Madelon Highsmith, Appellant**

**v.**

**James Edward Jones, Jr., Individually and as Independent Executor of the Estate of James Edward Jones, Deceased, Appellee**

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on August 18, 2016. Appellant has filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.